Case # PL:130.55 Dismissed.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED JAN 10 2023 PRO SE OFFICE

IZEH Matthew

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

1) Correction Officers
2) Department of Correction
3) The Warden of Correction
4) The Inmate (Johnson, Williams, Bowman, Thony

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

Sueing Correction Dept for

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

1) Sexually Assaulting me by then officer
2) An their Humilation
3) Violating my fourten amended human right

Rev. 5/6/16

*Also Suing For Medical Malpractice: Saying That I am Crazy & Which The Approve Not Insane*

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

[x] Violation of my federal constitutional rights

[ ] Other: *I am Medical clear. Doctors Approval*

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Matthew   A   Izeh
First Name   Middle Initial   Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

*Rikers Island and Vain Bain Corr. Center Bronx, NY 10467*

Current Place of Detention: *Queens, NY*

Institutional Address: *My Address*

361 E 132 St   Bronx   NY   10458
County, City   State   Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

[ ] Pretrial detainee
[ ] Civilly committed detainee
[ ] Immigration detainee
[ ] Convicted and sentenced prisoner
[x] Other: *Out of Jail   By Judge Abraham Clitte*

*Case # DL 130.53 EF Persistent Sexual Abuse Dismissed on Jury Trial 12/16/22*

Page 2

X Case # PL 130.35 E9
Persistent Sexual Abuse Was Dismissed
Dismissed on Jury Trial 12/15/22

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
First Name / Last Name / Shield #: Warden of Vain Bein Correction Bronx, NY
Current Job Title (or other identifying information): Warden of the Boat
Current Work Address: VBCB, Bronx, NY 10467
County, City / State / Zip Code: Vain Bain Correction Center

Defendant 2:
First Name / Last Name / Shield #: Inmate (1) William, Anthony
Current Job Title (or other identifying information): Johnson, Livius, Bowman
Current Work Address: VBCB, Bronx, NY 10467, Cell 1,2,3,
County, City / State / Zip Code: Bronx, NY 10467 Cells 10, 12-19

Defendant 3:
First Name / Last Name / Shield #: Correction Officer / the
Current Job Title (or other identifying information): Commissional of Correction
Current Work Address: Department
County, City / State / Zip Code: Rikers Island New York City

Defendant 4:
First Name / Last Name / Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City / State / Zip Code:

~~Case #PL-23608-22~~
~~Persistent Sexual Abuse → Dismissed on Jury Trial 12/16/2022~~

## V. STATEMENT OF CLAIM

Place(s) of occurrence: New York City Correction Facilities

Date(s) of occurrence: 17 of June, August 5th, 2022 November through December, 2022

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I am suing the department of Correction for threatening my life by putting through a lot of dangers. Telling inmate to fight and beat me up. They to fight with me on 17th of June 2023. The correction officer tell his inmate to blow on my face and he did blow on my face and starting bleeding blood on my face, Noises mouth and my tooth fell out. The correction officer made the inmate to spit on me and pour me waters mix with soups on me when I was lying on my Bed sleeping and I get wet all over.. The correction officer tell the inmate that I am smelling the shit and they start pouring water on me and Assaulting me by beating spitting slapping me with their hand and fighting the shower room.

Page 4

* This Case was Dismisse on Trial Case # PL 130·53·EF

The Correction officer allow her inmate putting their hands on me multiple time breaking my tooth and also they pass out life threatening message. The correction officers that is the Emergency Search Unit, searching me by getting me naked and they scanning my body trying to steal my organs.

**INJURIES:**
If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

The Persistent Sexual Abuse with Docket # PL 130·53·EF. Was dismissed at Jury Trial on 12/16/2022. Now I am on medical treatment. I am sueing Correction for $1 Million One million Dollars, $1,000,000.00

**VI. RELIEF** * Sueing Correction NYC
State briefly what money damages or other relief you want the court to order.

With all this fatigue and strain dificulties they take me through and endangering my life. Now I am responding to medical treatment in Bellevues and Veteran Hospital and Cosmsin car. I am sueing for $1 Millions
Sue for: One Millions Dollars
$ 1 Millions.
Sueing for: 1,000,000.00

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 01/09/2023

Plaintiff's Signature: [signed]

First Name: Matthew
Middle Initial: A
Last Name: [signed]

Prison Address: 561 E 182 St Apt 24

County, City: Bronx
State: NY
Zip Code: 10458

Date on which I am delivering this complaint to prison authorities for mailing: [signed]

Page 6