UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW IZEH,<br><br>                Plaintiff,<br><br>-against-<br><br>CORRECTION OFFICERS; DEPARTMENT OF CORRECTIONS; THE WARDEN OF CORRECTION; THE INMATE (JOHNSON, WILLIAMS, BOWMAN, THONE),<br><br>                Defendants. | 23-CV-0233 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 22, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 22, 2023
           New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                  Chief United States District Judge